IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:13CR00068-JLH-6 |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| RENALDRE JACKSON | ) | 21 U.S.C. § 841(b)(1)(A) |
| a/k/a "NOD" | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 843(b) |
| | ) | 21 U.S.C. § 846 |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Comes the Defendant, Renaldre Jackson, by and through his initial attorney of record, James Winfield Wyatt, and by and through his attorney, W. Ray Nickle, and for his Motion for Substitution of Counsel, states as follows:

1.That this Court has jurisdiction over this cause of action and the parties thereto.

2.That James W. Wyatt, attorney at law, was appointed to represent the Defendant, Renaldre Jackson, on March 14, 2013.

3.That on or about March 20, 2013, W. Ray Nickle, attorney at law, was retained to represent the Defendant, Renaldre Jackson.

4.That James W. Wyatt, attorney at law, has confirmed with the Defendant the retention of private counsel, and therefore moves to withdraw as counsel of record.

5.That, therefore, James W. Wyatt and W. Ray Nickle respectfully request that W. Ray Nickle be substituted as counsel of record in the stead of James W. Wyatt for the Defendant, Renaldre Jackson, and further request that James W. Wyatt be relieved of any further duties on behalf of the Defendant, Renaldre Jackson.

WHEREFORE, Defendant, Renaldre Jackson, requests that the Court grant his Motion for Substitution of Counsel and substitute W. Ray Nickle as attorney of record herein in the stead of James W. Wyatt and that James W. Wyatt be relieved of any further duties on behalf of the Defendant.

> W. RAY NICKLE
> P. O. Box 1168
> Jonesboro, AR 72403
> (870) 932-3335
>
> By: /s/ W. Ray Nickle
> State Bar No. 86135
> Attorney for Defendant
> nicklelaw@sbcglobal.net
>
> JAMES WINFIELD WYATT
> Montgomery, Adams & Wyatt, PLC
> 308 East 8th Street
> Little Rock, AR 72202
> (501) 371-9816
>
> By: /s/ James W.Wyatt
> State Bar No.
> Attorney for Defendant

CERTIFICATE OF SERVICE

I, W. Ray Nickle, hereby certify that a copy of the foregoing pleading has been sent by regular mail to the Assistant U.S. Attorney, Chris Givens, P. O. Box 1229, Little Rock, Arkansas 72203-1229; United States District Judge J. Leon Holmes, U. S. Post Office & Courthouse, 600 W. Capitol, Little Rock, Arkansas 72201-3325; and James W. Wyatt, 308 E. 8th Street, Little Rock, Arkansas 72202 on this 28th day of March, 2013.

> /s/ W. Ray Nickle
> W. Ray Nickle