IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                          NO. 4:13CR00068 JLH

KENNETH EUGENE BROWN, JR.,
TREMAYNE MONYEE BROWN,
KENNETH EUGENE BROWN, SR.,
RASHEAD STATON, DERRICK ANTHONY
RHODES, RENALDRE JACKSON,
TYRONE EDDIE MCCRAY, ANDRE
JERMAINE ROBINSON, BRIAN EUGENE
ROBINSON, BOBBY JEROME KNIGHT,
and ISSAC BLACK                                                     DEFENDANTS

## ORDER

The government has filed a motion for an order to correct a word in the indictment from "though" to "through." Objections must be filed on or before November 6, 2013. If a defendant does not file an objection on or before November 6, 2013, the Court will assume that that defendant does not object to the motion.

IT IS SO ORDERED this 28th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE