IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 4:13CR00068-03 JLH

KENNETH EUGENE BROWN, SR.                                                   DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion to continue change of plea hearing currently set for Friday, November 8, 2013. The motion is GRANTED. Document #161.

The change of plea hearing for defendant Kenneth Eugene Brown, Sr., is hereby rescheduled for **THURSDAY, NOVEMBER 21, 2013, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 12th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE