# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                  NO. 4:13CR00068-04 JLH

RASHEAD STATON                                               DEFENDANT

**ORDER**

Pending before the Court is the motion to withdraw and for substitution of counsel for defendant Rashead Staton filed by CJA Panel Attorney B. Dale West. Good cause having been shown, the motion is GRANTED. Document #197.

IT IS THEREFORE ORDERED that CJA Panel Attorney Danny W. Glover is hereby appointed to represent defendant Rashead Staton in all further proceedings. B. Dale West is relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 13th day of December, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE