# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:13CR00068-06 JLH

RENALDRE JACKSON                                                   DEFENDANT

## **ORDER**

Defendant Renaldre Jackson's motion to extend time to respond to presentence report is GRANTED. Document #214. Objections to the presentence report will be due by February 12, 2014.

IT IS SO ORDERED this 23rd day of January, 2014.

                                                         _____
                                                         J. LEON HOLMES
                                                         UNITED STATES DISTRICT JUDGE