# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                          NO. 4:13CR00068-01 JLH

KENNETH EUGENE BROWN, II                                                                         DEFENDANT

## **ORDER**

At the conclusion of the scheduled change of plea hearing in this matter on Thursday, February 20, 2014, the Assistant United States Attorney moved to dismiss the original indictment as to Kenneth Eugene Brown, II. Without objection, the motion was granted. The original indictment is hereby dismissed as to Kenneth Eugene Brown, II, only.

IT IS SO ORDERED this 20th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE